AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

ANA R. RIOS,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE CONSTABLES, CONSTANCE SORENSON, JANE ROE and JOHN DOES 1 and 2,
    Defendants

05 11535 NMG

TO: (Name and address of defendant)

BAYSTATE CONSTABLES, INC. d/b/a Baystate Constables
6 Courthouse Lane
Chelmsford, MA 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 20 2005

CLERK      DATE



(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | JULY 29th 2005 |
| NAME OF SERVER (PRINT)<br>ANTHONY J. SAIA | TITLE<br>Constable, & disinterested person over 18th years old |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane Enterance E 2nd Floor Bay State Constables INC d/b/a Bay State Constables Inc & left in hand to Constance Sorenson, person in charge to Bay State Constablees Inc. in HAND/6 Courthouse Lane Chelmsford.Ma

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 29th 2005 at 11:45 a.m          *[signature]*
             Date                                   Signature of Server

                                                    27 Alcine Lane
                                                    Address of Server

                                                    Burlington, Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.