AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

ANA R. RIOS,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-11535 NMG

BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE CONSTABLES, CONSTANCE SORENSON, JANE ROE and JOHN DOES 1 and 2,
    Defendants

TO: (Name and address of defendant)

CONSTANCE SORENSON
   At her office:
6 Courthouse Lane
Chelmsford, MA 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON      JUL 2 0 2005

CLERK                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>July 29th 2005 |
| NAME OF SERVER (PRINT)<br>ANTHONY J. SAIA | TITLE<br>CONSTABLE, & Disinterested Perso<br>over 18th OLd. |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane Enerance E 2nd floor Constance Sorenson at her Office. in Hand. 6 Courhouse Lane-Cheslmsford, Mass 01824

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 miles | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 29th 2005 /Time 11:45 a.m    *Anthny J Saia*
           Date                                 Signature of Server

                                    27 ALcine Lane
                                    Address of Server

                                    Burlington Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.