UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>Ana R. Rios</u><br>      Plaintiff<br>V.<br><br><u>Baystate Constables, Inc. d/b/a Baystate Constables,</u><br><u>Constance Sorenson a/k/a Constance Curran,</u><br><u>Jane Roe, and John Does 1 and 2</u><br>      Defendant | CIVIL ACTION<br><br>NO. <u>05-11535 NMG</u> |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Ana R. Rios</u> for an order of Default for failure of the Defendant, <u>Constance Sorenson a/k/a Constance Curran</u>, to plead otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>19</u> day of <u>September, 2005</u> .

                    SARAH A. THORNTON
                    CLERK OF COURT

              By:   <u>/s/ Elizabeth E. Elefther</u>
                    Deputy Clerk

Notice mailed to:
Constance Sorenson a/k/a Constance Curran
6 Courthouse Lane
Chelmsford, MA 01824