UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Ana R. Rios</u>                           CIVIL ACTION
       **Plaintiff**
                                    NO. <u>05-11535 NMG</u>
     V.

<u>Baystate Constables, Inc. d/b/a Baystate Constables,</u>
<u>Constance Sorenson a/k/a Constance Curran,</u>
<u>Jane Roe, and John Does 1 and 2</u>
       **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Ana R. Rios</u> for an order of Default for failure of the Defendant, <u>Baystate Constables, Inc.</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice hereby given that the Defendant has been defaulted this <u>19th</u> day of <u>September, 2005</u>.

                                    SARAH A. THORNTON
                                    CLERK OF COURT

                              By:   /s/ Elizabeth E. Elefther
                                    Deputy Clerk

Notice mailed to:
Baystate Constables, Inc.
6 Courthouse Lane
Chelmsford, MA 01824