IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA R. RIOS ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  05-11535  NMG |
| ) | |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE ) | |
| CONSTABLES, CONSTANCE SORENSON a/k/a ) | |
| CONSTANCE CURRAN, JANE ROE  and  JOHN ) | |
| DOES 1 and 2, ) | |
|     Defendants. ) | |

**AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT
FOR FAILURE TO APPEAR AND PLEAD**

The Plaintiff, Ana R. Rios, pursuant to Fed. R. Civ. P. 55(a), moves this Court for entry of a default judgment against Defendants Baystate Constables, Inc.(hereafter "Baystate") and Constance Sorenson a/k/a Constance Curran (hereafter "Sorenson") for failure to appear and plead.  In support of this motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on July 20, 2005.

2. Defendant Baystate was served with Plaintiff's Complaint at Baystate's office through its agent Defendant Sorenson, by Constable Anthony J. Saia on July 29, 2005.  A copy of the constable's certification and return of service is attached hereto as **Exhibit 1**.

3. Defendant Sorenson was served with Plaintiff's Complaint in hand by Constable Anthony J. Saia on July 29, 2005.  A copy of the constable's certification and return of service is attached hereto as **Exhibit 2**.

4. Defendants' appearances and answers were due on August 18, 2005.

5. As of November 18, 2005, neither Defendant has filed an appearance in this action nor an answer to Plaintiff's Complaint and neither Defendant has contacted Plaintiff's counsel.

6. Plaintiff filed her Amended Complaint with her earlier Motion for Entry of Default Judgment for Failure to Appear and Plead, which added a statement of the basis for the Court's supplemental jurisdiction, corrected typographical errors in paragraph 56 and amended the caption to more accurately describe Defendant Constance Sorenson by her other alias. Plaintiff's Amended Complaint did not assert any new or additional claims for relief against Defendants.

7. Plaintiff requests that the Court enter the proposed default judgment attached hereto as **Exhibit 3**.

WHEREFORE, Plaintiff prays that this Court enter a default judgment in her favor against both Defendants:

A. For $8,019.00, which represents her actual damages of $2,673.00, for Defendants' fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled pursuant to M.G.L. ch. 93A § 9(3);

B. For an additional amount of $1,000.00 statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A); and

C. For her costs and expenses of $304.30 and reasonable attorney's fees of $2,500.00, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4);

D. For such other relief as may be just and proper.

Respectfully submitted,

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02174
781-648-4040

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  JULY 29th  2005 |
| NAME OF SERVER (PRINT)  ANTHONY J. SAIA | TITLE  Constable, & disinterested person over 18th years old |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane Enterance E 2nd Floor Bay State Constables INC d/b/a Bay State Constables Inc & left in hand to Constance Sorenson person in charge to Bay State Constablees Inc. in HAND/6 Courthouse Lane Chelmsford.Ma

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 | 20.00 | 20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 29th 2005 at 11:45 a.m___
                     Date

_Signature of Server_  Anthony J. Saia

27 Alcine Lane
_Address of Server_

Burlington, Mass 01803

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: July 29th 2005 |
| NAME OF SERVER (PRINT): ANTHONY J. SAIA | TITLE: CONSTABLE, & Disinterested Person over 18th Old. |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 6 Courthouse Lane Enerance E 2nd floor Constance Sorenson at her Office, in Hand. 6 Courthouse Lane-Cheslmsford, Mass 01824

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 miles | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 29th 2005 / Time 11:45 a.m.
  Date                              Signature of Server: Anthony J Saia

Address of Server: 27 ALcine Lane
Burlington Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA R. RIOS )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE )<br>CONSTABLES, CONSTANCE SORENSON a/k/a )<br>CONSTANCE CURRAN, JANE ROE and JOHN )<br>DOES 1 and 2, )<br>      Defendants. ) | No. 05-11535 NMG |

**PROPOSED JUDGMENT**

This matter coming before the Court on Plaintiff's amended motion for entry of a default judgment, pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for failure to appear and plead,

    Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran in the amount of $11,823.30, which represents her actual damages of $2,673.00, for Defendants' fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled pursuant to M.G.L. ch. 93A § 9(3) ($8,019.00), plus an additional $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A), plus costs and expenses of $304.30 and reasonable attorney's fees of $2,500.00, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4). The award is subject to interest calculated in accordance with 28 U.S.C. § 1961 from today's date until the date the judgment is paid.

Dated: _____       Entered: _____

                                                                             Nathaniel M. Gorton
                                                                             United States District Judge

**EXHIBIT 3**