IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA R. RIOS      Plaintiff, | ) ) ) |
| v. | ) )   No. 05-11535 NMG ) |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE CONSTABLES, CONSTANCE SORENSON a/k/a CONSTANCE CURRAN, JANE ROE and JOHN DOES 1 and 2,      Defendants. | ) ) ) ) ) |

**SECOND AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT
FOR FAILURE TO APPEAR AND PLEAD**

The Plaintiff, Ana R. Rios, pursuant to Fed. R. Civ. P. 55(a), moves this Court for entry of a default judgment against Defendants Baystate Constables, Inc.(hereafter "Baystate") and Constance Sorenson a/k/a Constance Curran (hereafter "Sorenson") for failure to appear and plead. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on July 20, 2005.

2. Defendant Baystate was served with Plaintiff's Complaint at Baystate's office through its agent Defendant Sorenson, by Constable Anthony J. Saia on July 29, 2005. A copy of the constable's certification and return of service is attached hereto as **Exhibit 1**.

3. Defendant Sorenson was served with Plaintiff's Complaint in hand by Constable Anthony J. Saia on July 29, 2005. A copy of the constable's certification and return of service is attached hereto as **Exhibit 2**.

4. Defendants' appearances and answers were due on August 18, 2005.

5. As of January 12, 2006, neither Defendant has filed an appearance in this action nor an answer to Plaintiff's Complaint and neither Defendant has contacted Plaintiff's counsel.

6. Pursuant to Fed. R. Civ. P. 5(a), no service of this motion need be made upon either Defendant Baystate or Defendant Sorenson, as both are in default for failure to appear and no new or additional claims for relief against them are involved herein.

7. Plaintiff filed her Amended Complaint with her earlier Motion for Entry of Default Judgment for Failure to Appear and Plead, which added a statement of the basis for the Court's supplemental jurisdiction, corrected typographical errors in paragraph 56 and amended the caption to more accurately describe Defendant Constance Sorenson by her other alias. Plaintiff's Amended Complaint did not assert any new or additional claims for relief against Defendants.

8. Plaintiff requests that the Court enter the proposed default judgment attached hereto as **Exhibit 3**.

9. Plaintiff submits herewith her declaration attesting to the amount of her damages, costs and attorney's fees. The Declaration of Ana R. Rios is attached hereto as **Exhibit 4**.

WHEREFORE, Plaintiff prays that this Court enter a default judgment in her favor against both Defendants:

A. For $8,019.00, which represents her actual damages of $2,673.00, for Defendants' fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled pursuant to M.G.L. ch. 93A § 9(3);

B. For an additional amount of $1,000.00 statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A); and

C. For her costs and expenses of $304.30 and reasonable attorney's fees of $2,500.00, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4);

D. For such other relief as may be just and proper.

2

Respectfully submitted,

<u>s/Yvonne W. Rosmarin</u>
Yvonne W. Rosmarin BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02174
781-648-4040

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | JULY 29th 2005 |
| NAME OF SERVER (PRINT)  ANTHONY J. SAIA | TITLE  Constable, & disinterested person over 18th years old |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane Enterance E 2nd Floor Bay State Constables Inc d/b/a Bay State Constables Inc & left in hand to Constance Sorenson person in charge to Bay State Constablees Inc. in HAND/6 Courthouse Lane Chelmsford, Ma

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 | 20.00 | 20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 29th 2005 at 11:45 a.m___
Date

Signature of Server: *Anthony J. Saia*

Address of Server: 27 Alcine Lane
Burlington, Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 29th 2005 |
| NAME OF SERVER (PRINT) ANTHONY J. SAIA | TITLE CONSTABLE, & Disinterested Person over 18th Old. |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 6 Courthouse Lane Enerance E 2nd floor Constance Sorenson at her Office, in Hand. 6 Courthouse Lane-Cheslmsford, Mass 01824

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 miles | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 29th 2005 /Time 11:45 a.m    *Anthony J Saia*
              Date                               Signature of Server

27 ALcine Lane
Address of Server

Burlington Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA R. RIOS ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | No.  05-11535  NMG |
| ) | |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE ) | |
| CONSTABLES, CONSTANCE SORENSON a/k/a ) | |
| CONSTANCE CURRAN, JANE ROE  and  JOHN ) | |
| DOES 1 and 2, ) | |
|     Defendants. ) | |

## PROPOSED  JUDGMENT

This matter coming before the Court on Plaintiff's amended motion for entry of a default judgment, pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for failure to appear and plead,

> Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran in the amount of $11,823.30, which represents her actual damages of $2,673.00, for Defendants' fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled pursuant to M.G.L. ch. 93A § 9(3) ($8,019.00), plus an additional $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A), plus costs and expenses of $304.30 and reasonable attorney's fees of $2,500.00, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4).  The award is subject to interest calculated in accordance with 28 U.S.C. § 1961 from today's date until the date the judgment is paid.

Dated: _____        Entered: _____
                                                                              Nathaniel M. Gorton
                                                                              United States District Judge

**EXHIBIT  3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA R. RIOS<br>　　　Plaintiff,<br><br>　　　v.<br><br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE CONSTABLES, CONSTANCE SORENSON a/k/a CONSTANCE CURRAN, JANE ROE and JOHN DOES 1 and 2,<br>　　　Defendants. | )<br>)<br>)<br>)　No. 05-11535 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF ANA R. RIOS

Ana R. Rios declares under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1. As a result of the actions and conduct of Baystate Constables, Inc. d/b/a Baystate Constables and Constance Sorenson a/k/a Constance Curran alleged in my Complaint and Amended Complaint in this case, I have suffered actual damages in the amount of at least $2,673.00, consisting of $173.00 in out-of-pocket expenses and at least $2,500.00 in emotional distress.

2. I have incurred $304.30 in costs and litigation expenses and $2,500.00 in reasonable attorney's fees in bringing this case.

Executed at Maynard, Massachusetts on 1-11-06

_____
Ana R. Rios