## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Ana R. Rios**
                **Plaintiff(s)**

      v.                      CIVIL ACTION NO. **05-11535 NMG**

**Baystate Constables, Inc. d/b/a Baystate Constables,
Constance Sorenson a/k/a Constance Curran**
                **Defendant(s)**

### DEFAULT JUDGMENT

**Nathaniel M. Gorton**, D.J.

      Defendant **Baystate Constables, Inc. d/b/a Baystate Constables, Constance Sorenson a/k/a Constance Curran** having failed to plead or otherwise defend in this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of **$ 11,823.30** that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of **$ 3,804.30**.

      It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant **Baystate Constables, Inc. d/b/a Baystate Constables, Constance Sorenson a/k/a Constance Curran** the principal amount of **$ 8,019.00**, with costs in the amount of **$ 3,804.30** and prejudgment interest at the rate of **%** from **7-20-2005** to **2-23-04** in the amount of **$ 11,823.30** for a total judgment of **$ 11,823.30** with interest as provided by law.

                                              By the Court,

Dated: **2-23-2006**                                  **/s/ Elizabeth E. Sonnenberg**
                                                          Deputy Clerk

**NOTE:** The post judgment interest rate effective this date is **4.67 %.**

(Default Judgment.wpd - 12/98)